JUDGE _____ **NANCY F. ATLAS** _____
CASE MANAGER ___SHELIA ASHABRANNER___   ERO _YES_____
                                         INTERPRETER _N/A_____

TIME _8:45_____ A.M.   |_9:21___ **A.M.**___   _____ P.M.   |_____ P.M.   DATE _March 18, 2013_
        begin         end              begin              end

CR. NO. _12CR611_   DEFT. NO. _16_

UNITED STATES OF AMERICA                         Mark Donnelly                 AUSA

vs.

                                                 Mervyn Mosbacker Jr           CJA
CARLOS ROMERO

### REARRAIGNMENT

_X_   Rearraignment   held on ct _2  1_

_X_   Deft enters a plea of   _X_ gpl. (guilty)   ___ ngpl. (not guilty)   ___ nolopl. (nolo).

_X_   PLEA AGREEMENT:   _As outlined in plea agreement_____

___   Indictment waived.

_X_   Order for PSI setting Disclosure and Sentencing dates signed.

___   PSI waived.

_X_   Sentencing set _June 17, 2013_ at _1:00_ p.m.

___   Jury trial set _____ at _____.

___   Deft bond   set   reduced to $ _____   Cash   Surety   10%   PR.

___   Deft failed to appear, bench warrant to issue.

___   Deft bond   continued   forfeited.

_X_   Deft remanded to custody.

_X_   Terminate other settings for this deft.   Terminate motions for this deft.

___   OTHER PROCEEDINGS: _____

Copy to:   USPO